IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01583-ZLW-PAC

ENRICO D. DAVID,

    Plaintiff(s),

v.

JOHN E. POTTER,
Postmaster General United States Postal Service,

    Defendant(s).

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Joint Motion for Entry of Stipulated Protective Order [filed February 26, 2007; Doc. No. 16] is **GRANTED.** The attached Order is entered this date.

Dated: February 27, 2007