IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01583-ZLW-KLM

ENRICO D. DAVID,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General, United States Postal Service,

    Defendant.

---

ORDER

---

In consideration of Magistrate Judge Kristen L. Mix's Courtroom Minutes/Minute Order entered on August 8, 2007, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers. It is

FURTHER ORDERED that settlement papers shall be filed on or before September 7, 2007. If by that date settlement papers have not been received by the Court, on September 14, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __9__ day of August, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court