IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01583-ZLW-KLM

ENRICO D. DAVID

       Plaintiff,

    v.

JOHN E. POTTER,
Postmaster General,
United States Postal Service,

       Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER, having come before the Court on a Stipulated Motion to Dismiss

indicating the parties have settled this case, and the Court having considered the motion, it is

hereby;

ORDERED that the Stipulated Motion to Dismiss is granted, and this matter is dismissed

with prejudice, the parties to pay their own costs and attorney's fees.

DATED this   5   day of    September   , 2007.

BY THE COURT,

Zita L. Weinshienk
Senior Judge, United States District Court
District of Colorado